1
2
3
4
5
6
7
8

O

9      **IN THE UNITED STATES DISTRICT COURT**
10     **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
11

12
13     EDDIE DWAYNE LEWIS,                    Case No. CV 14-512 JGB (MRW)
14                    Petitioner,
15            v.                              ORDER ACCEPTING FINDINGS
                                              AND RECOMMENDATIONS OF
16     F. FOULK, Warden,                      UNITED STATES MAGISTRATE
                                              JUDGE
17                    Respondent.
18

19

20          Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on

21     file, and the Report and Recommendation of the United States Magistrate Judge.

22     Further, the Court engaged in a de novo review of those portions of the Report to

23     which Petitioner objected.  The Court accepts the findings and recommendation of

24     the Magistrate Judge.

25
26
27
28

1    IT IS ORDERED that Judgment be entered denying the petition and

2  dismissing this action with prejudice.

3

4

5

6  DATE: August 6, 2015

   HON. JESUS G. BERNAL

7  UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28