O

JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE DWAYNE LEWIS,<br><br>      Petitioner,<br><br>      v.<br><br>F. FOULK, Warden,<br><br>      Respondent. | Case No. CV 14-512 JGB (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: August 6, 2015

                                                        HON. JESUS G. BERNAL
                                                        UNITED STATES DISTRICT JUDGE